

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1407*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-64)*

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,746 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# SCHEDULE CTO-64 - TAG ALONG ACTIONS
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C. A.#

DISTRICT OF COLUMBIA
    DC    1  04-1912        Deborah Toon v. Wyeth

FLORIDA MIDDLE
    ~~FLM    3  05-203~~        ~~William Coward v. L. Perrigo Co., Inc., et al.~~ Opposed 3/31/05
    FLM    8  05-262        Russ E. Hoover v. Bayer Corp.

FLORIDA NORTHERN
    FLN    3  05-51        Barbara Turner v. L. Perrigo Co., Inc.

NEW MEXICO
    NM    2  05-157        Barbara Anderson v. Bayer Corp., et al.

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 370-8453

April 14, 2005

Clerk of the Court
U.S. District Court
1 North Palafox St.
Pensacola, FL 32502

**IN RE: MDL 1407 (PPA) PHENYLPROPANOLAMINE PRODUCTS LIABILITY LITIGATION**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order (CTO 64) entered by the Judicial Panel on Multidistrict Litigation. The order became effective on April 11, 2005. We have assigned an individual Western District of Washington (WAW) case number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your files, please refer to the WAWD civil action number. If you are a CM/ECF court you may provide a copy of the case by submitting documents in pdf form on a disc along with a certified copy of the docket sheet. Please do not email a login and password to access the case.

| Case Title | Original Case Number | WAWD Case Number |
|---|---|---|
| Barbara Turner v L. Perrigo Co. | FLN 3:05-51 | CV05-0713 |

Sincerely,

BRUCE RIFKIN, CLERK

*Lisa Tardiff*

Lisa Tardiff
Deputy Clerk
206-370-8453

OFFICE OF CLERK
U.S. DISTRICT COURT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 APR 20 PM 1:48

FILED